

COURT OF APPEALS
EIGHTH DISTRICT OF TEXAS
EL PASO, TEXAS

|  |  |  |
|---|---|---|
| | § | |
| Trans-Vac Systems, LLC, | § | No. 08-22-00232-CV |
| Appellant, | § | Appeal from the |
| v. | § | 171st District Court |
| Hudson Insurance Company, | § | of El Paso County, Texas |
| Appellee. | § | (TC# 2022-DCV-0258) |
| | § | |
| | § | |

**O R D E R**

Pending before the Court is a motion to stay all proceedings filed by Appellant in the trial court pending resolution of this accelerated appeal. The motion to stay is GRANTED. Accordingly, the trial court is ordered to stay all proceedings in cause number 2022-DCV-0258, Styled Trans-Vac Systems, LLC v. Hudson Insurance Company, pending resolution of this appeal of further order of this Court.

IT IS SO ORDERED this 24th day of January, 2023.

PER CURIAM

Before Rodriguez, C.J., Palafox and Soto, JJ.